# United States District Court
## Violation Notice

CVB Location Code: CS 51

**Violation Number:** 3956060
**Officer Name (Print):** GRASSI
**Officer No.:** 1165

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 3/24/2015  1345
**Offense Charged:** 16 USC 668(dd)(f)(2)  50 CFR 27.82(a)(2)
**Place of Offense:** SAN DIEGO BAY NWR
**Offense Description; Factual Basis for Charge:** UNLAWFUL POSSESSION OF DRUG PARA. (METH PIPE)

### DEFENDANT INFORMATION
**Last Name:** WAMBERG
**First Name:** JESSE
**M.I.:** T

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

**Forfeiture Amount:** $250.00
**+ $25 Processing Fee**
**PAY THIS AMOUNT → Total Collateral Due:** $275.00

### YOUR COURT DATE
**Court Address:** SOUTHERN DISTRICT COURT, 140 FRONT ST., SAN DIEGO, CA 92101
**Date:** TBA
**Time:** TBA

X Defendant Signature: [signed]

(Rev. 01/2011)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 3/24, 20 15 while exercising my duties as a law enforcement officer in the Southern District of California

At around 1:00PM on 3/24/2015, I received a phone call from a Salt Works employee that there were three transients living in the bushes at the San Diego Bay NWR. I responded to the location in question. In the bushes, I saw bicycles and fresh trash strewn about. As I walked in, I could see three transients milling about a tent. I identified one of them as Jesse WAMBERG. I asked what WAMBERG and his friends were doing in a closed area. WAMBERG said, "We were walking by and decided to rest." I asked who the tent belonged to. WAMBERG said, "It was just here." I asked if WAMBERG was on parole or probation. WAMBERG admitted he was on probation for drug possession and for introducing drugs into a jail facility. I asked WAMBERG if I could search the tent. WAMBERG said, "Go ahead, it ain't mine. The only thing that's mine is the black pack-pack." I searched the tent, and next to the back-pack was a sunglass case. Inside were needles, a glass pipe, and drug bindles. I questioned WAMBERG about the case. WAMBERG denied it was his. There were several fresh needle punctures on WAMBERG's arm. The contents of the pipe tested positive for methamphetamine. I cited WAMBERG for possession of a controlled substance, and ejected him from the refuge.

☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 3/24/2015   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident